**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7529**

DWIGHT SPEARS,

        Petitioner - Appellant,

    v.

WARDEN MANSUKHANI,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge. (0:14-cv-00281-RBH)

Submitted:  January 22, 2015      Decided:  January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight Lamar Spears, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Spears, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Spears v. Mansukhani, No. 0:14-cv-00281-RBH (D.S.C. Oct. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED